UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE LOCAL 813 I.B.T.　　　　　　　　　Case No. 04 CIV 3592
INSURANCE TRUST FUND,　　　　　　　　　　　　　　(Amon, J.)
THE LOCAL 813 I.B.T. PENSION TRUST FUND,　　　　(Matsumoto, M.J.)
AND THE LOCAL 813 AND LOCAL 1034
SEVERANCE TRUST FUND,

　　　　　　　　　　　　　　　　Plaintiffs,
　　　　　　- against -

ALL AMERICAN HAULING & RECYCLING, INC.,

　　　　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUL 2 6 2005  ★
P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

This action having been commenced on August 19, 2004, by the filing of the Complaint and a copy of the Summons and Complaint having been served on defendant All American Hauling & Recycling, Inc. on November 17, 2004 by personal service, and proof of service having been filed on January 10, 2005, and the defendant having failed to answer or move with respect to the Complaint and the time to answer or move with respect to the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs have judgment against the defendant for unpaid contributions and liquidated damages pursuant to 29 USC §1132(g)(2) in the amount of $69,910.20 calculated as follows: on the Insurance Fund for the period of February 1, 2004 through August 15, 2004 there was due and owing the sum of $36,963.00; on the Pension Fund for the period of February 1, 2004 through August 15, 2004 there was due and owing the sum of $22,089.60; and on the Severance Fund for the period of February 1, 2004 through August 15, 2004 there was due and owing the sum of $10,857.60; together with accrued interest thereon from February 29, 2004 at a rate of nine

2

(9%) percent per annum in the sum of $3,326.67; and ~~an amount equal to twenty (20%)~~

~~percent of the unpaid contributions as reasonable attorney's fees $7,392.60~~; plus costs and

disbursements of this action in the amount of $150.00, **aggregating in the total sum of**
$73,404.87
~~$80,797.47~~ and that the Plaintiff have execution thereon.

Dated: New York, New York

/S/ HON. CAROL B. AMON
_____
United States District Judge  7/26/05

This document was entered on the docket on

_July 28, 2005_

c/m

3